IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SANDRA BURRUS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | 3-13CV3217-L |
| DIVERSIFIED CONSULTANTS, INC. | § | JURY TRIAL DEMANDED |

### CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rule 3.1 and N.D. Tex. R. 81.2, undersigned counsel lists the following persons and entities that are financially interested in the outcome of this case:

Saundra Burress, Plaintiff
Diversified Consultants, Inc., Defendant
Spring, original creditor
Sharon K. Campbell, attorney for the Plaintiff

Dated : August 13, 2013

Respectfully submitted,

*Sharon Campbell*

Sharon K. Campbell
State Bar # 03717600
3500 Oak Lawn Ave., Suite 205
Dallas, Texas 75219
Telephone: 214/351-3260
Fax: 214/443-6055
Sharon@SharonKCampbell.com
ATTORNEY FOR THE PLAINTIFF